UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TAMARA L. KEHOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL NO. 3:08cv62 |
| | ) |
| 1st SOURCE BANK HEALTHCARE | ) |
| BENEFITS PLAN, | ) |
| | ) |
| Defendant. | ) |

OPINION AND ORDER

This matter is before the court on a motion for default judgment filed by the plaintiff on April 25, 2008.  A review of the record in this case reveals that there has not yet been an entry of default as provided by Rule 55(a) of the Federal Rules of Civil Procedure.  An entry of default is a prerequisite to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2). Meehan v. Snow, 652 F.2d 274, 276 (2nd Cir. 1981); Dahl v. Kanawha Investment Holding Co., 161 F.R.D. 673 (N.D. Iowa 1995).

Accordingly, the motion for default judgment is hereby DENIED.

Entered: April 29, 2008.

s/ William C.  Lee
William C. Lee, Judge
United States District Court